UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA LEMON,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF YAKIMA, a Washington municipal corporation,<br><br>                    Defendant. | NO. CV-07-3040-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed January 22, 2008 (Ct. Rec. 20), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint, which is attached to the Notice of Removal (Ct. Rec. 1), is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter
2    this Order and distribute copies to counsel.
3        **DATED** this _22nd_ day of January, 2008.
4
5                               s/Edward F. Shea
                               EDWARD F. SHEA
6                      United States District Judge

7  Q:\Civil\2007\3040.Stip.Dismiss.wpd

ORDER * 2